

The following constitutes
the order of the court. Signed October 25, 2012

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

VALERIE ANN SMITH,

    Debtor.

Case No. 10-59844 CN
Chapter 13

**ORDER VACATING ORDER VALUING LIEN**

    **IT IS HEREBY ORDERED** that the Order Valuing Lien filed and entered on October 24, 2012 as Docket No. 85 is vacated.

                        **\* \* \* END OF ORDER \* \* \***

1

**ORDER VACATING ORDER VALUING LIEN**

Case No. 10-59844 CN

**COURT SERVICE LIST**

Valerie Ann Smith
PO Box 1306
Tres Pinos, CA 95057

2

**ORDER VACATING ORDER VALUING LIEN**